PATRICK J. INGLIS [ISB No. 3611]
SASSER & INGLIS, P.C.
Attorneys at Law
1902 W. Judith Lane, Ste. 100
P.O. Box 5880
Boise, Idaho 83705
Telephone No. (208) 344-8474
Facsimile No. (208) 344-8479

Attorneys for Defendant
Allstate Insurance Company

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| RICHARD DRURY,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | Case No. ____________<br><br>**NOTICE OF REMOVAL** |

COMES NOW, Defendant Allstate Insurance Company (hereinafter "Allstate"), by its undersigned attorneys, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446, and in the support thereof states as follows:

1. On or about April 3, 2009, Plaintiff Richard Drury commenced a civil action against Allstate in the District Court of the Second Judicial District of the State of Idaho, in and for the County of Latah, which action is entitled *Richard Drury v. Allstate*

*Insurance Company*, Case No. CV 2009-00296. Copies of the Summons and Complaint served upon Allstate are attached hereto as Exhibit "A". No other pleadings have been filed in the above state action prior to the filing of this Notice of Removal.

2. Plaintiff's Complaint asserts claims for breach of contract, promissory estoppel, and fraud as a result of Allstate's termination of Plaintiff as an Exclusive Agent.

3. That the controversy herein between the Plaintiff and Allstate constitutes a dispute between citizens of different states, as Plaintiff at the time of service of said Summons and Complaint was and now is a citizen of the state of Idaho and Allstate was and now is a corporation organized and incorporated under the laws of the state of Illinois, having its principal place of business in that state. Thus, Allstate is a citizen of Illinois for purposes of diversity jurisdiction,

4. Although Plaintiff's Complaint does not set forth a "demand" for a specific monetary amount and only alleges that his damages exceed $10,000.00 for jurisdictional purposes, Plaintiff's Complaint alleges Plaintiff "the profit earned from Plaintiff's business by Allstate was about $400,000 per year". Plaintiff also alleges he will seek an order allowing him to amend his Complaint to assert a claim for punitive damages. Thus, the amount in controversy in this action, exclusive of interest and costs, necessarily exceeds $75,000.

5. This Notice of Removal is timely as it was filed within thirty (30) days of April 13, 2009, the date the Complaint was served on Allstate's registered agent.

6. Accordingly, the above-entitled action is a civil action over which this Court would have original jurisdiction pursuant to 28 U.S.C. § 1332, and which therefore

may be removed to this Court pursuant to 28 U.S.C. § 1441, and that the action is between citizens of different states, and the amount in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000.

7. Venue in this court is proper pursuant to 28 U.S.C. § 1446(e) because the District Court for Latah County, Idaho is located within the District of this Court.

8. Attached hereto as Exhibit "B" are copies of the Notice of Appearance and the Notice of Filing a Notice of Removal (without exhibits), which are to be filed in the District Court of the Second Judicial District of the State of Idaho, in and for the County of Latah, promptly after the filing of this Notice of Removal.

DATED this 8th day of May, 2009.

SASSER & INGLIS, P.C.

By: ______________________________
PATRICK J. INGLIS, of the firm
Attorneys for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of May, 2009, I caused to be served, by the method(s) indicated, a true and correct copy of the foregoing upon:

Darrel W. Aherin
AHERIN, RICE & ANEGON
1212 Idaho Street
P.O. Drawer 698
Lewiston, ID 83501-0698

X U.S. Mail
___ Hand Delivered
___ Federal Express
___ Fax Transmission – 746-3650
___ E-Mail

Patrick J. Inglis

7118 Not of Removal.tb.doc