PATRICK J. INGLIS [ISB No. 3611]
SASSER & INGLIS, P.C.
Attorneys at Law
1902 W. Judith Lane, Ste. 100
P.O. Box 5880
Boise, Idaho 83705
Telephone No. (208) 344-8474
Facsimile No.  (208) 344-8479

Attorneys for Defendant
  Allstate Insurance Company

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RICHARD DRURY, | CIVIL NO.: 09-218-C-REB |
| Plaintiff, | |
| vs. | MOTION OF DEFENDANT ALLSTATE INSURANCE COMPANY TO DISMISS PLAINTIFF'S COMPLAINT |
| ALLSTATE INSURANCE COMPANY, | |
| Defendant. | |

Defendant Allstate Insurance Company ("Allstate") moves the Court to dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. This Motion is made and based upon the pleadings and documents on file with this Court, together with Allstate's Memorandum of Law in support of Defendant's Motion to Dismiss Plaintiff's Complaint filed contemporaneously herewith.

**MOTION OF DEFENDANT ALLSTATE INSURANCE COMPANY TO
DISMISS PLAINTIFF'S COMPLAINT - 1**

DATED this 14th day of May, 2009.

           SASSER & INGLIS, P.C.

           By: _____
             PATRICK J. INGLIS, of the firm
             Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of May, 2009, I caused to be served, by the method(s) indicated, a true and correct copy of the foregoing upon:

| | |
|---|---|
| Darrel W. Aherin | __X__ U.S. Mail |
| AHERIN, RICE & ANEGON | ____ Hand Delivered |
| 1212 Idaho Street | ____ Federal Express |
| P.O. Drawer 698 | ____ Fax Transmission – 746-3650 |
| Lewiston, ID  83501-0698 | ____ E-Mail |

_____
Patrick J. Inglis

7118 Motion to Dismiss.tb.doc

MOTION OF DEFENDANT ALLSTATE INSURANCE COMPANY TO
DISMISS PLAINTIFF'S COMPLAINT - 2