AHERIN, RICE & ANEGON
Darrel W. Aherin
1212 Idaho Street
P.O. Drawer 698
Lewiston, ID 83501-0698
(208) 746-3646
ISB# 1534

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RICHARD DRURY, | NO. 09-218-C-REB |
| Plaintiff, | |
| v. | MOTION TO REMAND |
| ALLSTATE INSURANCE COMPANY, | |
| Defendant. | |

COMES NOW the plaintiff, by and through his attorney, Darrel W. Aherin of Aherin Rice & Anegon, and hereby moves the Court for an order remanding this case back to the Idaho State District Court. This motion is made pursuant to 28 U.S.C. 1447(c).

In the defendants' document filed with this Court entitled "Notice of Removal", the defendants claim the plaintiff's claim must be more than $75,000. The plaintiff made reference in the Complaint that as an Allstate agent, Allstate made about $400,000 profit on his book of business. This was not a reference to the amount of money he was claiming. The plaintiff is claiming damages up to $75,000.

Remand is requested because plaintiff is seeking damages for a sum less than $75,000.

DATED this 18th day of May, 2009.

                AHERIN, RICE & ANEGON

                By _/s/ Darrel W. Aherin_
                  Darrel W. Aherin
                  Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Darrel W. Aherin, hereby certify that on the 18th day of May, 2009, I caused to be served a copy/copies of the foregoing by the method indicated below and addressed to the following:

| Patrick Inglis | ☑ U.S. Mail |
| Sasser & Inglis, P.C. | ☐ Hand Delivery |
| 1902 W. Judith Lane, Ste. 100 | ☐ Facsimile |
| Boise, ID 83705 | ☐ Federal Express |

_/s/ Darrel W. Aherin_
DARREL W. AHERIN