# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RICHARD DRURY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>　　　　　Defendant.<br>_____ | )<br>)<br>)　　CIVIL NO.:  09-218-C-EJL<br>)<br>)<br>)　　**ORDER GRANTING MOTION<br>)　　FOR REMAND AND CLOSING<br>)　　FILE**<br>)<br>)<br>)<br>) |

　　　　Pursuant to this the parties' Stipulation Limiting Plaintiff Damages and Recovery to $75,000 (Docket No. 12), the Court hereby grants Plaintiff's Motion to Remand (Docket No. 9). The binding stipulation by Plaintiff, which shall also be filed in the state court action, stating that he does not seek, will not ask for, and waives his right to recover or accept an amount in damages, costs and attorney fees in excess of $75,000, protects both Plaintiff and Defendant. The Court finds with legal certainty that the amount in controversy at the time of removal did not and does not exceed $75,000. This Court lacks subject matter jurisdiction and must, therefore, remand the case to state court pursuant to 28 U.S.C. § 1447(c). *See Bruns v. NCUA,* 122 F.3d 1251, 1257 (9th Cir.1997) ("Section 1447(c) is mandatory, not discretionary").

　　　　**ACCORDINGLY, IT IS HEREBY ORDERED** that:

　　　　1.　　　Plaintiff's Motion to Remand (Docket No. 9) is GRANTED;

　　　　2.　　　Defendant shall file in state court the stipulation (Docket No. 11) filed in this court;

**ORDER GRANTING MOTION FOR REMAND AND CLOSING FILE - 1**

3.    The Clerk of the Court shall take all appropriate administrative action to remand this case to Latah County District Court, Case No. CV 2009-00296, and close the federal court file.

DATED:  **June 10, 2009**

Honorable Edward J. Lodge
U. S. District Judge

**ORDER GRANTING MOTION FOR REMAND AND CLOSING FILE - 2**